THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0224-JCC |
| Plaintiff, | ORDER |
| v. | |
| JOSHUA DYLAN BROOKS, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion for modification of supervision conditions (Dkt. No. 32). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

Defendant seeks modification of his supervision conditions so that he can maintain employment. (*Id.* at 2.) Defendant asks to (1) reduce his drug testing to once a month, and (2) be allowed to leave his home at 6:00 a.m. and return home by 6:00 p.m., on Mondays through Fridays. (*Id.*) The Government and Pretrial Services do not oppose the motion. (*Id.* at 1.)

The Court ORDERS that Defendant shall (1) reduce his drug testing to once a month, and (2) be allowed to leave his home at 6:00 a.m. and return home by 6:00 p.m., on Mondays through Fridays. All other conditions of supervision previously imposed remain in effect.

//

//

ORDER
CR18-0224-JCC
PAGE - 1

DATED this 4th day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0224-JCC
PAGE - 2