The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA DYLAN BROOKS,<br><br>Defendant. | CASE NO. CR18-224-RSM<br><br>ORDER |

THIS COURT having considered the Stipulation of the United States and Defendant Joshua Dylan Brooks for a continuance of the trial date and the pre-trial motions due date, and based on the facts set forth therein, and General Orders 01-20 and 02-20 of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which is incorporated herein by reference, the Court hereby FINDS that trial in this case cannot proceed on the currently scheduled date of March 30, 2020. For the reasons detailed in the parties' Stipulation, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), (iv).

Order Continuing Trial
*United States v. Brooks;* CR18-224 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS THEREFORE ORDERED that the parties' request to continue the trial date and other dates is GRANTED.

The trial date of March 30, 2020, is hereby VACATED.

Trial is continued to June 29, 2020, and pretrial motions are due by May 28, 2020.

IT IS FURTHER ORDERED that the time between the date of the filing of the parties' joint motion and the new trial date, is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id*. § 3161(h)(7)(B)(i), (iv).

IT IS FURTHER ORDERED that the period time from the date of this order up to and including the date now set for this trial, shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this 30th day of March, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order Continuing Trial
*United States v. Brooks;* CR18-224 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970