The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-224-RSM |
| Plaintiff, | ORDER |
| v. | |
| JOSHUA DYLAN BROOKS, | |
| Defendant. | |

THIS COURT having considered the motion to continue trial date filed by the United States of America, requesting a continuance of the current trial date of June 29, and based on the facts set forth therein, and General Orders 01-20 and 08-20 of the United States District Court for the Western District of Washington re Extension of Court Operations Under the Exigent Circumstances Created by COVID-19 and Related Coronavirus, addressing measures to reduce the spread and health risks from COVID-19, which is incorporated herein by reference, and overruling any objection by the Defendant Joshua Dylan Brooks, the Court hereby FINDS that trial in this case cannot proceed on the currently scheduled date of June 29, 2020. For the reasons detailed in the government's motion, and given the findings of General Order 08-20, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Order Continuing Trial
*United States v. Brooks;* CR18-224 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

18 U.S.C. §§ 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the government's request to continue the trial date is GRANTED.

The trial date of June 29, 2020, is hereby VACATED.

Trial in this matter is now scheduled for October 26, 2020. Pretrial motions are due by October 1, 2020.

IT IS FURTHER ORDERED that the time between the date of the filing of the motion and the new trial date, is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id*. § 3161(h)(7)(B)(i), (iv).

Dated this 29th day of May, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Ye-Ting Woo*
YE-TING WOO
Assistant United States Attorney

*s/ Chantelle Dial*
CHANTELLE DIAL
Assistant United States Attorney

Order Continuing Trial
*United States v. Brooks;* CR18-224 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970