UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA DYLAN BROOKS,<br><br>Defendant. | CASE NO. CR18-224RSM<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |

The Court grants Defendant's unopposed motion to continue trial in this matter, and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of October 26, 2020, and the new trial date is necessary.

The October 26, 2020, trial date is continued to a date to be set at a status hearing on **October 26, 2020 at 9:00 AM**; the pretrial motions deadline is also continued and will be reset by the Court. The time period from the date of the Court's order to the new trial date for purposes of computing the time limitations imposed by the Speedy Trial Act will be excluded.

DATED this 9th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE