Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-224RSM |
| Plaintiff, | |
| v. | ORDER VACATING TRIAL DATE AND SETTING OF STATUS CONFERENCE |
| JOSHUA DYLAN BROOKS, | |
| Defendant. | |

Having considered the record and the parties' motion to vacate the trial date and to set a status conference, and General Order 18-20 for the Western District of Washington and previously issued General Orders incorporated therein, the Court FINDS that for the reasons detailed in the government's motion, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), and B(iv).

IT IS THEREFORE ORDERED that the government's motion to vacate the trial date is GRANTED.

A status conference shall be set for March 9, 2021, at 10:00 a.m., at which the Court will set a new trial date.

IT IS FURTHER ORDERED that the time between the date of the filing of the motion and the status conference date is excluded in computing the time within which trial

must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.*

Dated this 18th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Ye-Ting Woo*
 Ye-Ting Woo
Assistant United States Attorney

Order Vacating Trial Date/
*United States v. Brooks*, CR18-224RSM – 2